CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 07 2017

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:15CR00045-4 |
| | ) | (Civil Action No. 7:16CV81203) |
| v. | ) | |
| | ) | **FINAL ORDER** |
| DEVONA SUE TERRY, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The government's motion to dismiss (Docket No. 248) is **GRANTED**;

2. The defendant's motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255 (Docket Nos. 183 & 186) is **DENIED**;

3. This action shall be **STRICKEN** from the active docket of the court; and

4. Finding that the defendant has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED.**

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

DATED: This 7th day of November, 2017.

_____
United States District Judge